UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY TUENS,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

Case No. 20-cv-03459-JST

**ORDER REMANDING CASE**

Re: ECF No. 30

    This case originated in the San Francisco County Superior Court before Defendants removed it to federal court. ECF No. 1 at 2. Defendants assert that this Court has diversity jurisdiction because Plaintiff Tracy Tuens's complaint does not state a valid claim of action against Defendant Oliveira. *Id.* at 4-8.

    On October 5, 2020, this Court issued an order to show cause why this case should not be remanded in light of its finding that Tuens "could plausibly allege additional facts in support of her FEHA claims that would make them viable." ECF No. 29 at 10 (citing Tuens's opposition to Defendants' motions to dismiss, ECF No. 15 at 24, which stated that Tuens could "allege additional facts, such as: Oliveira engaged in hostile, belittling, condescending, and dismissive conduct that was continuous from the time she returned from leave in late-March 2017 up to her termination on March 3, 2018"); *see also id.* at 11. Defendants filed a response to this order on October 19, 2020. ECF No. 30. Nothing in Defendants' response changes the Court's reasoning or conclusion. *See Hunter v. Philip Morris USA*, 582 F.3d 1039, 1046 (9th Cir. 2009) ("if there is a *possibility* that a state court would find that the complaint states a cause of action against any of the resident defendants, the federal court must find that the joinder was proper and remand the case to the state court") (emphasis added) (quoting *Tillman v. R.J. Reynolds Tobacco*, 340 F.3d

1277, 1279 (11th Cir. 2003) (per curiam)).

Accordingly, the Court concludes that Defendants have failed to show cause. Because there is no federal jurisdiction, this case is now REMANDED to the San Francisco County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  November 9, 2020



JON S. TIGAR
United States District Judge